# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODNEY L. WHITE

NO. 2026 KW 0399

JUNE 1, 2026

---

In Re:   Rodney L.  White, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-99-0127.

---

BEFORE:   THERIOT, BALFOUR, AND HAGGERY,[1] JJ.

WRIT DENIED.

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving pro tempore, by special appointment of the Louisiana Supreme Court.